Marjorie H. Rowland
PO Box 32078
Tucson, Arizona  85751-2078
(520) 207-6431
(520) 867-8075 (Fax)
State Bar No. 014634
mhrjd1@cox.net
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | CASE NO. 4:09-bk-15533 JMM |
| ) | |
| Paula F. Carter, ) | OBJECTION TO PROPOSED |
| ) | ORDER LIFTING |
| Debtor ) | AUTOMATIC STAY |
| ) | |
| ) | |
| ) | |
| _____ ) | |

        Debtor Paula F. Carter OBJECTS to the proposed Order lifting the Automatic

Stay filed by Tiffany & Bosco on behalf of CitiMortgage.   In its last paragraph

CitiMortgage asks the Court to order that the vacating of the automatic stay be

effective and binding should Debtor convert to another chapter under the U.S.

Bankruptcy Code.  Debtor objects to this requests because it potentially denies her

her right to convert to another chapter and receive protections thereunder.

        WHEREFORE Debtor asks the Court to deny the proposed Order as

presented to the Court.


                                        /s/_____
                                        MARJORIE H. ROWLAND
                                        Attorney for Debtor

Copy of foregoing mailed
on 9/24/09 to:

Tiffany an Bosco
2525 E. Camelback Rd.  Ste. 300
Phoenix, AZ 85016